United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENYI WANG,

        Plaintiff,

    v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

        Defendant.

Case No. 26-cv-01579-AMO

**SCHEDULING ORDER**

Having reviewed the parties' respective, untimely, individual case management statements, Dkt. No. 15 & 16, the Court **VACATES** the case management conference currently set for May 28, 2026 and **SETS** the following deadlines in this matter. Plaintiff is on notice that failure to participate in joint submissions to the Court or to comply with applicable Federal Rules, court rules, and orders will result in sanctions.

| Event | Deadline |
|---|---|
| **Plaintiff's ADR Certification and Certification of Conflicts, Interested Entities and Persons, and Citizenship** | May 26, 2026 |
| **Parties to exchange initial disclosures** | June 11, 2026 |
| **Deadline to add parties or amend pleadings** | June 22, 2026 |
| **Deadline to complete private ADR[1]** | November 18, 2026 |
| **Status report re ADR** | December 2, 2026 |
| **Close of fact discovery** | December 23, 2026 |
| **Parties to provide initial expert disclosure(s) and report(s)** | January 15, 2027 |
| **Parties to identify rebuttal expert(s) and provide rebuttal expert report(s)** | January 29, 2027 |
| **Close of expert discovery** | February 12, 2027 |

[1] This case is hereby referred to private ADR in light of Defendant's agreement to that process. Dkt. No. 15 at 9.

| Event | Deadline |
|---|---|
| **Defendant to file summary judgment motion** | March 1, 2027 |
| **Plaintiff to file opposition to summary judgment motion** | March 15, 2026 |
| **Defendant to file reply in support of summary judgment motion** | March 22, 2027 |
| **Hearing on summary judgment and Daubert motions[2]** | To be set by the moving party based on the Court's availability at the time of filing.  *See* CALENDAR (uscourts.gov) |
| **Pretrial conference statement** | August 16, 2027 |
| **Pretrial conference** | September 2, 2027 at 11:00 a.m. |
| **Jury trial (3 days)** | September 28, 2027 at 8:30 a.m. |

Any party may seek modification of this Order for good cause.  A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline and comply with Civil Local Rule 6-2 or 6-3 as appropriate.

Any request for an extension must be accompanied by a proposed order that includes a chart in the following format, with a Word version emailed to amopo@cand.uscourts.gov. *See* Civil L.R 5-1(f).

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| | | |

**IT IS SO ORDERED.**

Dated: 5/22/2026

_____
**ARACELI MARTÍNEZ-OLGUIN**
**United States District Judge**

---

[2] The parties shall submit Daubert motions and format expert reports in accordance with the requirements set forth in the Court's Standing Order for Civil Cases.